**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**James BALDEMORO, Defendant–**
**Appellant.**

**No. 15–20300**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 22, 2016.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent James Baldemoro has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Baldemoro has not filed a response.

We have reviewed counsel's brief and the relevant portions of the record reflected therein. While counsel addresses the validity of Baldemoro's appeal waiver, counsel does not discuss the district court's compliance with Federal Rule of Criminal Procedure 11. An appeal waiver in the plea agreement does not waive the district court's compliance with Rule 11 or the need to brief this issue adequately in an *Anders* brief. *See United States v. Carreon–Ibarra*, 673 F.3d 358, 362 n. 3 (5th Cir.2012); *see also United States v. Brown*, 328 F.3d 787, 789–90 (5th Cir. 2003). Nevertheless, our independent review confirms that the guilty plea was knowing and voluntary. We thus concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion

---

287

for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under